UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

UNITED STATES OF AMERICA )
)
vs )   CASE NUMBER   CR406-205
)
KEVIN KLARELL WASHINGTON   aka TANK )
and LAVONNIA WASHINGTON )

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 16  PM 1:33

CLERK _____
SO. DIST. OF GA.

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __16__ day of __Oct.__, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA